In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00545-CV
NO. 09-13-00546-CV
NO. 09-13-00547-CV
NO. 09-13-00548-CV

_____

**TOMMIE ALLEN RINGO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 1A District Court**
**Jasper County, Texas**
**Trial Cause Nos. 33434, 33437, 33440, and 33441**

**ORDER**

The trial court signed expunction orders in four criminal cases on September 27, 2013. Tommie Allen Ringo filed notices of appeal on December 2, 2013. In motions filed with the trial court, Ringo claims that he received notice or actual knowledge of the signing more than twenty days after the orders were signed. *See* Tex. R. Civ. P. 306a.4. The documents filed with the appeal do not show whether

1

the trial court considered and ruled on the motions. *See* Tex. R. Civ. P. 306a.5; *see also* Tex. R. App. P. 4.2(c).

It is, therefore, ORDERED that the appeals are hereby abated and the cases are remanded to the trial court for consideration of the appellant's motions to establish the application of Texas Rule of Civil Procedure 306a.4. A supplemental clerk's record that includes the trial court's rulings and a supplemental reporter's record of any hearing conducted by the trial court shall be filed with the Court of Appeals on or before March 10, 2014.

ORDER ENTERED February 6, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.